Michael GRANDILLO, Appellant, v. Robert H. JACKSON, Attorney General of the United States, et al.

No. 8773.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1941.

A. R. Fiorette and Nicola & Horn, all of Cleveland, Ohio, for appellant.

902

E. B. Freed, U. S. Atty., and Frank Wiedemann, Asst. U. S. Atty., both of Cleveland, Ohio, for appellees.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of appellant.